# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISON AT LONDON
# CASE NO. 6:22-CR-041-CHB-HAI

### *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA,**                                             **PLAINTIFF,**

**VS.**

**DERREK A. LOVETT,**                                                     **DEFENDANT.**

### DERREK A. LOVETT TRIAL MEMORANDUM

COMES NOW the Defendant, Derrek A. Lovett, by and through the undersigned Counsel, and submits the following trial memorandum in accordance with the Court's pretrial management order, DE 133.

### Statutes and Elements

Defense counsel has reviewed the Trial Memorandum of the United States, (DE 147) and there is no objection to the Statutes and the Elements listed.

### Statement of the Case

The Defendant objects to the United States proposed statement of the case. The statement of the case should be straight forward, brief, and unbiased in nature. Defendant Lovett submits the following to be read to the jury by the Court.

"Derek Lovett and Michael Howell are charged with federal crimes alleging to have occurred while acting as Kentucky State Police Troopers. Derek Lovett is charged with willfully depriving someone of his constitutional rights by subjecting him to unreasonable force during an arrest. Both the Defendants, Derek Lovett and Michael Howell, are charged with conspiring to

covering up the act of unreasonable force by engaging in misleading conduct to prevent communication regarding the act of unreasonable force to federal authorities. Both Derrek Lovett and Michael Howell assert they are not guilty of the crimes charged."

### Unresolved issues of law and evidentiary issues

The United States has filed several Motions in Limine and the Court's standard Order gives defense counsel 14 days prior to trial to respond to those motions. The Defendant expects to object to the majority of the United States motions and will do so in writing by separate response(s).

### Special Trial Issues

The Defendant is not aware of any issues that would hinder the jury trial.

### Jury Instructions

Defense counsel has reviewed the proposed jury instructions of the United States (DE 146). Defense counsel has no objections to the United States proposed jury instructions.

### Proposed Voir Dire questions

The Defendant requests that the Court conduct the questioning of the jury pool. The Defendant has no questions for the Court to ask the jury pool.

### Exhibit List and Authenticity of exhibits

Counsel has conversed and agreed to certain stipulations as well as agreed upon exhibits, and agree as to their authenticity. (See DE 142 and DE 143).

Respectfully submitted,

*/s/ Gregory A. Ousley*
GREGORY A. OUSLEY
Ousley & Wiese, PLLC
605 E. Mt. Vernon Street
Somerset, KY  42501
(606) 677-1823
gregory.ousley@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically forward a copy of the foregoing to all Counsel of Record.

>  */s/ Gregory A. Ousley*
>  GREGORY A. OUSLEY
>  Counsel for Derrek A. Lovett