UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:22-CR-041

UNITED STATES OF AMERICA                                PLAINTIFF

V

MICHAEL L HOWELL                                        DEFENDANT

## HOWELL SUPPLEMENTAL TRIAL BRIEF

Comes the Defendant, Michael Howell, and for his Supplemental Trial Brief submits as follows:

**Unresolved issues of law:** The United States has filed several motions in limne. The Defendant may object to some of these. Responses and supporting authorities will be filed in accordance with the Court's Scheduling Order, not less than 14 days prior to trial.

**Unresolved evidentiary issues:** Evidentiary issues were raised in the United States' motions in limine. The Defendant may object to some of these and will respond and cite supporting authorities in accordance with the Court's scheduling Order.

**Anticipated trial problems:** The Defendant does not anticipate any unusual trial problems.

**Jury instructions**: The Defendant has reviewed the proposed jury instructions of the United States and has no objections or requests for additional instructions.

**Voir Dire**: The Defendant does not intend to submit additional questions for the Court's voir dire.

**Exhibit list:** Counsel for the Defendant has reviewed the United States' exhibit list and has stipulated to the authenticity of these items.

Respectfully submitted,  
BY:s/G. SCOTT HAYWORTH  
G. SCOTT HAYWORTH  
Attorney for Defendant  
155 East Main Street, Suite 101  
Lexington, Kentucky 40507  
(859) 233-4441

**CERTIFICATE OF SERVICE**

Take notice that the preceding was filed through the CM/ECF system this 30 day of July, 2024 and notice will be sent to:

All Parties of Record

BY: s/G. SCOTT HAYWORTH  
G. SCOTT HAYWORTH